Kenneth DREZEK

v.

Robert GREGOIRE et al.

No. 82–304-Appeal.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Richard A. Boren, Providence, for plaintiff.

John J. Finan, Jr., Pawtucket, for defendant.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the plaintiff to show cause if any he had why his appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been shown and the plaintiff's appeal is therefore denied and dismissed.

WEISBERGER and SHEA, JJ., did not participate.

Arthur L. DUFFY, Jr.

v.

STATE of Rhode Island.

No. 82–306-Appeal.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Martin S. Malinou, Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., William M. Walsh, Asst. Atty. Gen., for defendant.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the plaintiff to show cause if any he had why his appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been shown and the plaintiff's appeal is therefore denied and dismissed.

WEISBERGER and SHEA, JJ., did not participate.

Donald GLIOTTONE

v.

SALO CONSTRUCTION CO.

No. 82–289-Appeal.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Raul L. Lovett, Providence, for petitioner.

Eldridge H. Henning, Jr., Providence, for respondent.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the petitioner to show cause if any he had why his appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been shown and the petitioner's appeal is therefore denied and dismissed.

WEISBERGER and SHEA, JJ., did not participate.